IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:26-CV-00083-KDB-DCK

TRIBE EXPRESS, INC.,　　　　　　　　)
TRIBE LEASING LLC d/b/a　　　　　　　)
CHEROKEE NATIONAL and　　　　　　　)
TOMAHAWK TRUCK SALES, LLC　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　　　)　　CERTIFICATION AND REPORT
　　　　　　　　　　　　　　　　　　　)　　OF FED. R. CIV. P. 26(F)
　　　　　　vs.　　　　　　　　　　　　)　　CONFERENCE AND
　　　　　　　　　　　　　　　　　　　)　　DISCOVERY PLAN
INGRAM'S TOWING SERVICES, INC.　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　　)

*Please fill in or check the appropriate blanks (print legibly) to certify completion of the Rule 26(f) Attorneys' Conference and provide the required information to the Court. Where the parties were unable to agree on a specific provision or item, please so note and attach any necessary explanation. Please note that this information will be used as a guideline by the judge conducting the Initial Pretrial Conference or issuing the Initial Pretrial Order.*

1.　　Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on <u>05/19/2026</u> *(date)* [  ] at _____ *(place)* or    [X ] by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2.　　Pre-Discovery Disclosures. The information required by Fed. R. Civ. P. 26(a)(1) *(check one)* [   ] has been exchanged [X ] will be exchanged by <u>05/28/2026</u> *(date)*.

3.　　Discovery Plan. The parties jointly propose to the court the following discovery plan:

　　　[*Use separate paragraphs or subparagraphs as necessary if parties disagree.*]

　　　a)　　All discovery shall be commenced in time to be completed by <u>12/12/2026</u> *(date).* [*If needed*] Discovery on <u>N / A</u> *(identify any issues requiring early discovery)* will be completed by <u>N/A</u> *(date).*

b) Discovery Limits:

1) Maximum of <u>25</u> *(ordinarily 20)* interrogatories by each party to any other party.

2) Maximum of <u>20</u> *(ordinarily 20)* requests for admission by each party to any other party.

3) Maximum of <u>6</u> depositions by plaintiff(s) and <u>6</u> by defendant(s) *(ordinarily 6 each)* [or __ by *each* plaintiff and __ by *each* defendant]. The number of depositions outlined in this paragraph is intended to cover fact witnesses only, not expert witnesses. The parties reserve the right to take depositions of experts previously designated by a party in the case.

c) Reports from retained experts under Rule 26(a)(2) will be due:
-from plaintiff(s) by <u>09/17/2026</u> *(date)*
-from defendant(s) by <u>10/15/2026</u> *(date)*
Supplementations under Rule 26(e) due <u>11/05/2026</u> *(list times(s) or interval(s))*

4. Other Items. [*Attach separate paragraphs as necessary if parties disagree.*]
a) The parties **[X ] request** [ ] do not request a conference with the court before entry of the scheduling order.

b) All potentially dispositive motions should be filed by <u>02/08/2027</u> *date, ordinarily one month after the close of discovery)*.

c) Settlement:
[ ] is likely
[X] is unlikely
[ ] cannot be evaluated prior to _____ *(date)*
[X] may be enhanced by use of the following ADR procedure:
    [ ] mediated settlement conference
    [ ] binding arbitration
    [X] other <u>Judicial Settlement Conference.</u>

The parties agree that the above selected ADR procedure would be most useful if conducted:
    [ ] after resolution of any outstanding dispositive motions, but prior to further discovery;
    [ ] after an initial round of preliminary discovery to be completed by _____*(date)*;
    [x] after the completion of discovery;
    [ ] after resolution of summary judgment motions, if any;
    [ ] not applicable.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
from plaintiff(s) by <u>30 days before trial</u> *(date)*
from defendant(s) by <u>30 days before trial</u> *(date)*

e) If the case is ultimately tried, trial is expected to take approximately <u>3-4</u> days.

f) [x] The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge, and [  ] there is [x] there is not unanimous consent. [*If the parties unanimously consent to Magistrate Judge jurisdiction, the parties shall also file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85)*].

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, preservation of ESI materials, unmovable scheduling conflicts, etc.):

Plaintiffs' Complaint includes a count for replevin requesting return of Plaintiffs' tractor and trailer. As of the date of this filing, Defendant is still in possession of Plaintiffs' equipment. Plaintiffs request a hearing at the Court's earliest convenience on the preliminary issue of possession of Plaintiffs' equipment pursuant to the count for replevin.

| /s/ Renee Bowee | | 5/21/2026 | /s/ Carol L. Austin | | 5/21/2026 |
|---|---|---|---|---|---|
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |
| /s/ Cassie Zietlow | | 5/21/2026 | | | |
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |
| | | | | | |
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |
| | | | | | |
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |

3