<strong>IN THE UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF NORTH CAROLINA<br>CHARLOTTE DIVISION<br>CIVIL ACTION NO. 3:26-CV-00083-KDB-DCK</strong>

| | |
|---|---|
| **TOMAHAWK TRUCK SALES LLC; TRIBE LEASING LLC; AND TRIBE EXPRESS, INC.,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**INGRAM'S TOWING SERVICES, INC,**<br><br>    **Defendant.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on the Parties' request that the Court enter a proposed Consent Order resolving the limited issue of replevin, which was the subject of the Court's recent June 9, 2026, hearing.[1] For good cause shown, the Court will **GRANT** the Consent Order.

**NOW THEREFORE, WITH THE CONSENT OF THE PARTIES, IT IS ORDERED THAT:**

1. Plaintiffs will post a surety bond with this Court in the amount of $23,200;

2. Plaintiffs' surety company will be subject to the consent of Defendant's counsel, which shall not be unreasonably withheld;

3. Plaintiffs shall post the surety bond with this Court within seven (7) days of the date of this Consent Order;

---

[1] In proposing their Consent Order, the Parties declare that they are not making any admissions or waiving any rights regarding their respective positions, and that they reserve all rights related to this matter.

1

4. Defendant will release the tractor and trailer that is the subject of this action and further identified in the pleadings to Plaintiffs and/or an agent of Plaintiffs following Defendant's consent to Plaintiffs' surety company and within twenty-four (24) hours of the time that Plaintiffs post the bond with this Court, unless another period of time is agreed upon by the Parties;

5. The preliminary issue of possession of the subject equipment addressed during the June 9, 2026, hearing in this Court is now **MOOT** in light of the Parties' agreement; and

6. This action will proceed in accordance with the established Pretrial Order and Case Management Plan toward trial on the merits in the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: June 22, 2026

Kenneth D. Bell
United States District Judge